

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| EL PASO COMMUNITY COLLEGE DISTRICT, | § | No. 08-14-00179-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| KELLY DURAN, | § | (TC# 2011-656) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **October 28, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alejandro Acosta, III, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before October 28, 2014.

IT IS SO ORDERED this 15th day of October, 2014.


PER CURIAM